NISSIM S. TAWIL, Doing Business under the Name of CENTRAL AMERICA TRADING COMPANY, v. WILLIAM F. MURPHY et al., Copartners Doing Business under the Name of HARWIL & COMPANY.— Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ. [See *ante*, p. 840.]

EVA K. ECKSTEIN, Respondent, v. PHILIP S. ECKSTEIN, Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *post*, p. 1090.]

ANNE V. DE SAIRIGNE, Respondent, v. FRANK J. GOULD, Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *post*, p. 1011.]

MARGARET E. RYAN, as Executrix of JAMES W. RYAN, Deceased, Respondent, v. ISBRANDTSEN COMPANY, INC., Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of ARTHUR R. HANSON et al., Respondents, against EDWARD RAGER, Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel and Botein, JJ. [See *post*, p. 1078.]

In the Matter of ARTHUR R. HANSON et al., Respondents, against EDWARD RAGER, Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel and Botein, JJ.

A. S. RAMPELL, INC., Respondent, v. HYSTER COMPANY et al., Appellants.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

A. S. RAMPELL, INC., Respondent, v. HYSTER COMPANY et al., Appellants.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of P. PASCAL, INC., Respondent, against DE STEFANO'S GARAGE, INC., Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

ROSA E. KLEIN, Respondent, v. ARTHUR J. KLEIN, Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.